## THE PEOPLE *v.* SOTO.

### APPEAL from the District Court of Mayagüez.

No. 79.—Decided June 5, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
Where there is no bill of exceptions or statement of facts, and it not appearing from the record that any error whatever has been committed which would justify the reversal of the judgment appealed from, it must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for the respondent.

The appellant did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The defendant in this case was convicted on the 16th of January, 1907, in the District Court of Mayagüez, after information by the *fiscal* and verdict of the jury of the crime of assault with intent to murder, and was sentenced by the court in due course to serve seven years imprisonment in the penitentiary at hard labor, and to the payment of the costs.

From this judgment he took an appeal in due form to this court, but he has presented neither a bill of exceptions nor a statement of facts; nor has any brief been filed in his behalf. An oral argument was made by counsel presenting certain objections to the form of the verdict and of the sentence, but on due consideration they are overruled.

Having carefully examined the record in this case, and finding no error therein, the judgment of the District Court of Mayagüez should be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and Wolf concurred.